NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA 08-113 consolidated with KA 08-112

STATE OF LOUISIANA

VERSUS

B. J. B.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 44659
HONORABLE J. BYRON HEBERT, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

JOHN D. SAUNDERS
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, John D. Saunders, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

**Michael Harson**
**District Attorney**
**Laurie A. Hulin**
**Assistant District Attorney**
**15th Judicial District Court**
**P.O. Box 3306**
**Lafayette, LA 70502-3306**
**(337) 232-5170**
**Counsel for Plaintiff:**
**State of Louisiana**

**Mark Owen Foster**
**Louisiana Appellate Project**
**P. O. Box 2057**
**Natchitoches, LA 71457**
**(318) 572-5693**
**Counsel for Defendant:**
**B. J. B.**

**SAUNDERS, Judge.**

For the reasons assigned in this court's opinion in *State v. B.J.B.*, 08-112 (La.App. 3 Cir. __/__/__), ___ So.2d ___, Defendant's conviction for forcible rape, 1 count, in violation of La.R.S. 14:42.1, under Vermilion Parish docket number, 2005-44659 is affirmed. The amended bill of information for this case reads:

> COUNTS 1 THRU 5     NOVEMBER 1992-MAY 1995
> B.J.B., committed forcible rape upon a juvenile whose date of birth is 7-4-80; in violation of LSA-R.S. 14:42.1

**AFFIRMED.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION.  Rule 2-16.3, Uniform Rules, Courts of Appeal.